# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 11, 2025

Lyle W. Cayce
Clerk

No. 24-30544

---

Michael Giarrusso; Kevin Crossen; Christopher Perre; Mitchell Arbaugh; Brandon Barthel,

*Plaintiffs—Appellants*,

*versus*

East Bank Consolidated Special Service Fire Protection District; Cynthia Lee Sheng, *In her official Capacity*; Bryan Adams, *In his official Capacity*; David Tibbetts, *In his official Capacity*; Jefferson Parish; Jefferson Parish Council,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-439

---

Before Elrod, *Chief Judge*, Engelhardt, *Circuit Judge*, and Guidry, *District Judge*.[*]

Per Curiam:[**]

---

[*] United States District Judge for the Eastern District of Louisiana, sitting by designation.

[**] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30544

Having reviewed the record, studied the briefs, and heard oral argument, we AFFIRM the judgment of the district court. *See* 5TH CIR. R. 47.6.